# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

January 11, 2010

No. 09-30358

Charles R. Fulbruge III
Clerk

RENEE S. HARTZ, M.D.,

Plaintiff-Appellant,

versus

VICTOR R. FARRUGIA; ROBERT A. KUTCHER;
NICOLE TYGIER; CHOPIN, WAGAR, RICHARD & KUTCHER, LLP,

Defendants-Appellees.

Appeal from the United States District Court
for the Eastern District of Louisiana
No. 2:06-CV-3164

Before JONES, Chief Judge, SMITH and ELROD, Circuit Judges.

PER CURIAM:[*]

Renee Hartz sues for legal malpractice stemming from the allegedly ac-
tionable failure of one of her attorneys to inform her of a potential claim against

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not
be published and is not precedent except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

No. 09-30358

her former lawyer. The district court granted summary judgment for defendants and denied summary judgment for Hartz.

We have reviewed the briefs, the applicable law, and pertinent portions of the record and have heard the arguments of counsel. Because there is no reversible error, the judgment is AFFIRMED.